UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN MIGUEL FLORES, | ) |
| Petitioner, | ) Case No. CV 09-5780 GW (AJW) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| MIKE McDONALD, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: January 7, 2014

_____
George H. Wu
United States District Judge