UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JUAN MIGUEL FLORES,** | ) Case No. CV 09-5780-GW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **MIKE McDONALD, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 7, 2014

_____
George H. Wu
United States District Judge